UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: DAVOL, INC./C.R. BARD, INC.,
POLYPROPYLENE HERNIA MESH
PRODUCTS LIABILITY LITIGATION

Case No.: 2:18-md-2846

**CHIEF JUDGE EDMUND A. SARGUS, JR.**
Magistrate Judge Kimberly A. Jolson

**This document relates to:**
JESSE WELCH

Civil Action No.: _____

### SHORT FORM COMPLAINT

Plaintiff files this Short Form Complaint pursuant to Case Management Order No. 9 and is to be bound by the rights, protections, and privileges and obligations of that Order. Plaintiff hereby incorporates the Master Complaint in MDL No. 2846 by reference. Plaintiff further shows the Court as follows:

1.  The name of the person implanted with Defendants' Hernia Mesh Device(s):

**JESSE WELCH**

2.  The name of any Consortium Plaintiff (if applicable):

    _____

3.  Other Plaintiff(s) and Capacity (i.e. administrator, executor, guardian, conservator):

    _____

4.  State of Residence:

**Indiana**

5.  District Court and Division in which action would have been filed absent direct filing:

    **U.S. District Court-Southern District of Indiana (Indianapolis Division)**

6. Defendants (Check Defendants against whom Complaint is made):

    [**X**]   A.  Davol, Inc.

    [**X**]   B.  C.R. Bard, Inc.

    [ ]   C.  Other (please list: _____)

7. Identify which of Defendants' Hernia Mesh Device(s) was/were implanted (Check device(s) implanted):

    [ ] 3DMax Mesh

    [ ] 3DMax Light Mesh

    [ ] Bard (Marlex) Mesh Dart

    [ ] Bard Mesh

    [ ] Bard *Soft* Mesh

    [ ] Composix

    [ ] Composix E/X

    [ ] Composix Kugel Hernia Patch

    [ ] Composix L/P

    [ ] Kugel Hernia Patch

    [ ] Marlex

    [ ] Modified Kugel Hernia Patch

    [ ] Perfix Light Plug

    [ ] Perfix Plug

    [ ] Sepramesh IP

    [ ] Sperma-Tex

2

[  ] Ventralex Hernia Patch

[ **X**] Ventralex ST Patch

[ **]** Ventralight ST

[  ] Ventriopatch

[  ] Ventrio ST

[  ] Visilex

[  ] Other (please list in space provided below):

    _____

    _____

8.   Defendants' Hernia Mesh Device(s) about which Plaintiff is making a claim (Check applicable device(s)):

[  ] 3DMax Mesh

[  ] 3DMax Light Mesh

[  ] Bard (Marlex) Mesh Dart

[  ] Bard Mesh

[  ] Bard *Soft* Mesh

[  ] Composix

[  ] Composix E/X

[  ] Composix Kugel Hernia Patch

[  ] Composix L/P

[  ] Kugel Hernia Patch

[  ] Marlex

[  ] Modified Kugel Hernia Patch

3

[ ] Perfix Light Plug

[ ] Perfix Plug

[ ] Sepramesh IP

[ ] Sperma-Tex

[ ] Ventralex Hernia Patch

[**X**] Ventralex ST Patch

[ **]** Ventralight ST

[ ] Ventriopatch

[ ] Ventrio ST

[ ] Visilex

[ ] Other (please list in space provided below):

  _____

  _____

9. Date of Implantation and State of implantation:  **01/13/2017 -Indiana**

10. As of the date of filing this Short Form Complaint, has the person implanted with Defendants' Hernia Mesh Device(s) had subsequent surgical intervention due to the Hernia Mesh Device(s)?:  Yes  **X**     No  _____

11. Basis of Jurisdiction

   [**X**]  Diversity of Citizenship

   [ ]  Other: _____

   12. Counts in the Master Complaint adopted by Plaintiff(s):

      [**X**]  Count I:  Strict Product Liability-Defective Design

4

[**X**] Count II:  Strict Product Liability-Failure to Warn

[**X**] Count III:  Strict Product Liability-Manufacturing Defect

[**X**] Count IV:  Negligence

[**X**] Count V:  Negligence Per Se

[**X**] Count VI:  Gross Negligence

[  ] Count VII:  State Consumer Protection Laws (Please identify applicable State Consumer Protection law(s)):
_____
_____
_____

[**X**] Count VIII:  Breach of Implied Warranty

[  ] Count IX: Breach of Express Warranty

[  ] Count X:  Negligent Infliction of Emotional Distress

[  ] Count XI:  Intentional Infliction of Emotional Distress

[**X**] Count XII:  Negligent Misrepresentation

[**X**] Count XIII:  Fraud and Fraudulent Misrepresentation

[**X**] Count XIV:  Fraudulent Concealment

[  ] Count XV:  Wrongful Death

[  ] Count XVI:  Loss of Consortium

[  ] Count XVII:  Punitive Damages

[**X**]  Other Count(s)(please identify and state factual and legal bases for other claims not included in the Master Complaint below):

Indiana Code §34-20-1-1 et seq. (Indiana Product Liability Act) to wit: (1)  Defendants manufactured and were in the business of selling the mesh implanted in plaintiff on 01/13/2017; (2) Defendants sold or otherwise placed the mesh implanted in plaintiff on 01/13/2017 into the stream of commerce; (3) the

5

<u>mesh implanted in plaintiff was in a defective condition unreasonably dangerous to the user or consumer; (4) Plaintiff was a user or consumer of the mesh and was in a class of persons that the defendants should have reasonably expected to be subject to the harm caused by the defective condition of the mesh; (5) the mesh was expected to and did reach plaintiff without substantial alteration of the condition in which defendants sold the mesh; and (6) the defective condition of the mesh was a responsible cause of physical harm, pain, and mental anguish to the plaintiff.</u>

[**X**]  Jury Trial is Demanded as to All Counts

[  ]  Jury Trial is NOT Demanded as to All Counts; if Jury Trial is Demanded as to Any Count(s), identify which ones (list below):

_____

<u>/s/ Michael J. Sobieray</u>
<u>Attorney(s) for Plaintiff</u>

Address, phone number, email address and bar information:

STEWART & STEWART
Michael J. Sobieray
931 S. Rangeline Road
Carmel, Indiana 46032
  Tel:  317.846.8999
  E-mail:  mike@getstewart.com
  Indiana Bar ID No.:  18894-41
  Pennsylvania bar ID No.: 308545

STEWART & STEWART
Darron S. Stewart
931 S. Rangeline Road
Carmel, Indiana 46032
  Tel:  317.846.8999
  E-mail:  darron@getstewart.com
  Indiana Bar ID No.:  21114-29

6