# UNITED STATES DISTRICT COURT
# THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **IN RE: DAVOL, INC./C.R. BARD, INC., POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION** | Case No. 2:18-md-2846<br><br>Judge Edmund A. Sargus, Jr.<br>Magistrate Judge Kimberly A. Jolson |
| **This document relates to:**<br>*Welch v. Davol, Inc., et al.*<br>Case No. 2:21-cv-5112 | |

## ORDER

On November 8, 2022, the Court ordered Plaintiff to perfect service pursuant to Civil Rule 4. (ECF No. 4.) The parties have indicated that Plaintiff has complied with the Court's order. (ECF Nos. 5, 6.) Therefore, Defendants' Motion to Dismiss for Failure to Serve Complaint (ECF No. 2) is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

**3/6/2023**                                  **s/Edmund A. Sargus, Jr.**
**DATE**                                        **EDMUND A. SARGUS, JR.**
                                                      **UNITED STATES DISTRICT JUDGE**